In the Matter of JAMES T. LEONARD & CO., INC. (JOHN J. SULLIVAN).— Motion for stay pending appeal granted upon appellant's giving an undertaking, to be approved by the justice sitting at Special Term, Part II, to

secure payment of the amount ordered to be paid in case of affirmance, within five days; in case undertaking not given within said period, motion denied. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.